IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT SMITH                         :    CIVIL ACTION
                                     :
        v.                           :
                                     :
PHILADELPHIA HOUSING                 :
AUTHORITY, et al.                    :    NO. 12-329

<u>ORDER</u>

AND NOW, this 9th day of August, 2012, upon consideration of the motions to dismiss of the defendants Philadelphia Housing Authority ("PHA") (Docket No. 16); Edward Coryell and the International Brotherhood of Carpenters and Joiners of America, Local 8 ("Union") (Docket No. 21); and Carl Greene (Docket No. 32); the plaintiff's oppositions thereto; the defendants' briefs in reply, after oral argument on the motions on August 9, 2012; and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that the motions are GRANTED.

        IT IS FURTHER ORDERED that:

1. Count I of the Amended Complaint is DISMISSED as withdrawn against the PHA and Coryell and is DISMISSED WITHOUT PREJUDICE against the Union;

2. Count II is DISMISSED WITH PREJUDICE against the Union and Coryell;

3. Count III is DISMISSED as WITHDRAWN IN PART against the Union as to claims under 42 U.S.C. § 1985 and DISMISSED WITH PREJUDICE as to the

remainder;

    4.   Count IV is DISMISSED WITH PREJUDICE.

The plaintiff may file an amended complaint on or before September 10, 2012 as to Count I against the Union only.

                                  BY THE COURT:

                                  /s/ Mary A. McLaughlin
                                  MARY A. McLAUGHLIN, J.